UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEORA TUCKER,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al.<br><br>Defendants. | Case No. 2:21-cv-01215-WB |

### ORDER

AND NOW, this  11th day of  January , 20 22 , upon consideration of Defendant Experian Information Solutions, Inc.'s Motion to Enforce Settlement Agreement, its Memorandum of Law in Support, and any responses and replies thereto, IT IS HEREBY ORDERED that the Motion is GRANTED.  The Court's September 16, 2021 Dismissal Order is hereby MODIFIED so the Court can rule on this Motion.  Further, Plaintiff Leora Tucker is ORDERED to (i) execute Experian's draft settlement agreement, which is attached to Experian's Motion to Enforce Settlement Agreement as Exhibit A and dated May 13, 2021, within 7 days of this Order, and to (ii) perform and abide by the terms of that agreement.  This case is dismissed with prejudice, and the clerk of court shall mark it closed for statistical purposes. The court will retain jurisdiction to enforce this Order.

BY THE COURT:

_s/Richard A. Lloret_
Honorable Richard A. Lloret
U.S. Magistrate Judge