IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEORA TUCKER<br>   *Plaintiff,*<br><br>v.<br><br>TRANS UNION, LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC. and I.C.<br>SYSTEM, INC.<br>   *Defendants.* | §<br>§<br>§<br>§<br>§   CASE NO. 2:21-CV-1215<br>§<br>§<br>§<br>§ |

## ORDER OF COURT

AND NOW, this __11th__ day of __January__, 20__22__, upon consideration of Defendant IC System, Inc.'s Motion to Enforce Settlement (the "Motion"), and any responses and replies thereto, IT IS HEREBY ORDERED that the Motion is GRANTED. The Court's September 16, 2021 Dismissal Order is hereby MODIFIED so the Court can rule on this Motion. Further, Plaintiff Leora Tucker is ORDERED to (a) execute the parties' settlement agreement within 7 days of this Order, (b) provide a copy of the requisite IRS Form W-9 so that payment of the settlement amount can be processed, and (c) otherwise abide by the terms of the aforementioned agreement. This case is dismissed with prejudice, and the clerk of court shall mark it as closed. The court will retain jurisdiction to enforce this Order.

BY THE COURT:

*s/Richard A. Lloret*
Honorable Richard A. Lloret
U.S. Magistrate Judge